IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:21-cr-00139-LG-RPM

PEDRO SAMUEL DE LOS RIOS, JR.

## ORDER GRANTING MOTION [83] TO DISMISS THE INDICTMENT AND CASE

This matter is before the Court on Motion [83] to Dismiss the Indictment and Case of the United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeking to dismiss without prejudice the Indictment and case in Criminal No. 1:21-cr-00139-LG-RPM, against the Defendant PEDRO SAMUEL DE LOS RIOS, JR., the Defendant having pleaded guilty and having been sentenced to a felony information in Criminal No. 1:22-cr-00071-LG-RPM. The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in in Criminal No. 1:21-cr-00139-LG-RPM against the Defendant, PEDRO SAMUEL DE LOS RIOS, JR., are hereby dismissed without prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the 19th day of Sept., 2022.

_____
UNITED STATES DISTRICT JUDGE